**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JOSHUA UHRICH, | : | No. 40 WAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered July 27, |
| | : | 2017 at No. 312 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, ET AL., | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

AND NOW, this 19th day of June, 2018, the order of the Commonwealth Court is hereby **AFFIRMED**.